IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:03-CR-76-4 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| GEORGE T. KISER, ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and SUN LIFE FINANCIAL:

A judgment was entered on December 30, 2005, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, George T. Kiser, whose last known address is Lebanon, Virginia 24216, in the sum of $8,150,922.00. The balance on the account as of August 20, 2008 is $8,096,991.50. $3,333,256.19 has been raised through asset forfeiture. It is anticipated that the Department of Justice will request those funds to be transferred from the United States Marshal Service to the United States Clerk of Court at the appropriate time for payment as restitution to victims thereby reducing the balance owed.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Sun Life Financial is commanded to **turn over property** in which the defendant, George T. Kiser, has a substantial nonexempt interest, the said property being funds located in Sun Life Financial accounts including, but not limited to, account number XX-XXXX-XX4509 in the name of George T. Kiser, at the following address: Sun Life Financial, One Sun Life Executive Park, SC2335, Wellesley Hills, MA 02481.

Signed: August 22, 2008

Frank G. Johns, Clerk
United States District Court